UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nathan Daniel Clark,

       Petitioner,

v.                                                                              Civ. No. 06-4050 (JNE/SRN)
                                                                           ORDER

State of Minnesota,

       Respondent.

In a Report and Recommendation dated October 16, 2006, the Honorable Susan Richard Nelson, United States Magistrate Judge, recommended that Petitioner's application for a writ of habeas corpus be denied; Petitioner's application to proceed in forma pauperis be denied; Petitioner's motion for counsel and evidentiary hearing be denied; and that this action be dismissed. Petitioner objected to the Report and Recommendation. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Accordingly, IT IS ORDERED THAT:

1. Petitioner's application for a writ of habeas corpus [Docket No.1] is DENIED.

2. Petitioner's application to proceed in forma pauperis [Docket No. 3] is DENIED.

3. Petitioner's motion for counsel and evidentiary hearing [Docket No. 4] is denied.

4. This action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  November 22, 2006

                                                                      s/ Joan N. Ericksen
                                                                      JOAN N. ERICKSEN
                                                                      United States District Judge